# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MOHAMMED NOROUZIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | |
| UNIVERSITY OF KANSAS HOSPITAL AUTHORITY and KANSAS UNIVERSITY MEDICAL CENTER, | ) ) ) | NO. 09-2391-KHV |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

In this employment discrimination action, plaintiff alleges that Kansas University Medical Center ("KUMC") harassed and discriminated against him on the basis of national origin in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq. This matter comes before the Court on KUMC's Motion For Reconsideration (Doc. #109) filed June 25, 2010. In its motion, KUMC seeks reconsideration of the Court's order of June 18, 2010 which denied its motion to dismiss.

Specifically, KUMC argues that it never authorized Eric Packel or the law firm of Polsinelli Shughart to represent it in this matter. KUMC argues that the Court incorrectly concluded that when Packel entered an appearance on its behalf, plaintiff effectuated service on KUMC. KUMC's argument may or may not have merit, but KUMC provides no affidavit or other evidence to support it.

**IT IS THEREFORE ORDERED** that KUMC's Motion For Reconsideration (Doc. #109) be and hereby is **OVERRULED**.

Dated this 31st day of August, 2010, at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge